# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AGENCE FRANCE-PRESSE
Plaintiff

                                                CIVIL ACTION
                                                NO. 23cv11469-WGY

      V.

PRACTICAL APPLICATIONS INC.
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on September 22, 2023, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                                        By the Court,

September 25, 2023                                     /s/Matthew A. Paine
Date                                                        Deputy Clerk